UNITED STATES, Appellee

v

WILLIAM JOYCE, JR., Postal Clerk First Class,
U. S. Navy, Appellant

22 USCMA 180, 46 CMR 180

No. 26,339

March 9, 1973

*Lieutenant David G. Grimes, Jr.*, JAGC, USNR, was on the pleadings for Appellant, Accused.

*Lieutenant Colonel G. L. Bailey*, USMC, and *Lieutenant James R. Lamb*, JAGC, USNR, were on the pleadings for Appellee, United States.

## Opinion of the Court

PER CURIAM:

The conditions of probation challenged in this case are like those in United States v Lallande, 22 USCMA 170, 46 CMR 170 (1973), decided this date. For the reasons set out in our opinion in that case, we affirm the decision of the United States Navy Court of Military Review.

Chief Judge DARDEN concurs.

DUNCAN, Judge (concurring in part and dissenting in part):

I concur in part and dissent in part for the reasons set forth in my separate opinion in United States v Lallande, 22 USCMA 170, 46 CMR 170 (1973).